```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


JOSEPHINE L. SANTILLO            :
           (Plaintiff)           :
       V.                        :         Civil 09-6206 (WHW)
                                 :              ORDER
PEQUANNOCK TOWNSHIP BOARD
OF EDUCATION, et al              :
           (Defendant)           :
                                 :
```

It appearing that a notice of call for dismissal pursuant to Rule 4(m) has been filed and the Court having received a Letter from the plaintiff,

It is on this 17th day of March 2010,

O R D E R E D  that the notice of call for dismissal be withdrawn.

It is FURTHER ORDERED that plaintiff has until March 26, 2010 to file proof of service.


                                        S/ William H. Walls
                                        _____
                                        WILLIAM H. WALLS
                                        United States District Judge